ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

FILED 24 AUG '20 09:46 USDC-ORP

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
| v. | ) Case No. 3:20-mj-00133 |
| Kiley John BARGE | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kiley John BARGE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

Date: June 11, 2020

Issuing officer's signature: /s/ Jolie A. Russo

City and state:   Portland, Oregon

HON. JOLIE A. RUSSO, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/16/2020 and the person was arrested on *(date)* _____

at *(city and state)* _____

DATE _____
ARRESTED BY ATF

Date: _____

U.S. MARSHAL

BY [signature]

*Arresting officer's signature*

*Printed name and title*